UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Case Number: 6:19-cv-00107-JA-GJK

Delroy Chambers Jr.,

                 Plaintiff,

v.

CoreLogic Rental Property Solutions, LLC,

                 Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 14, 2019

                                              Respectfully submitted,

                                              By: */s/ Janelle A. Weber*

                                              Janelle A. Weber
                                              Florida Bar No. 17630
                                              Law Office of Janelle A. Weber, P.A.
                                              1520 W. Cleveland St., Ste. A
                                              Tampa, FL 33606
                                              Telephone: (813) 982-3663
                                              Facsimile: (813) 982-3810
                                              E-mail: jweber@janelleweberlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                           By /s/ Janelle A. Weber_____

                                              Janelle A. Weber, Esq.